UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

RECEIVED
OCT 23 2007 aaw
10-23-07
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Jonathan Lee Riches©,

Plaintiff

v.

07cv5984
JUDGE GETTLEMAN
MAG. JUDGE DENLOW

OPRAH WINFREY,
HARPO PRODUCTIONS INC,

DEFENDANTS

CIVIL COMPLAINT

Violation of my 6th/8th amendment Rights
TRO Temporary Restraining Order

Comes now the Plaintiff, Jonathan Lee Riches©, in pro-se, Moves this Honorable Court to issue an order for Defendants in this suit to respond. This suit is civil Rights and Constitutional violations Defendants committed and crimes pursuant to Kidnapping, conspiracy, neglect, tax fraud, torture, crimes against humanity, aiding and abetting, abuse, cruel and unusual punishment, deliberate indifference, treason and harassment. Plaintiff moves this Honorable Court to issue a Emergency Restraining order against Defendants, forbidding any direct or indirect contact with Plaintiff and Plaintiff's copyrighted name. Plaintiff seeks $7,500,000.00 dollars from Defendants. Plaintiff requests a Jury trial. Plaintiff prays for relief.

DEFENDANTS, OPRAH WINFREY is a TALK show Host for the OPRAH WINFREY SHOW, HARPO PRODUCTIONS INC is the company that Runs the Show

Plaintiff, Jonathan Lee Riches©, is a Freedom fighter Political prisoner serving a illegal sentence of 125 months in federal prison for Identity Theft. Plaintiff is currently at FCI Williamsburg in Salters, South Carolina

**1**

Defendants have been in a vast conspiracy everyday since Feb 25th, 2003. Defendant's through direct and indirect financial and logistical support have been kidnapping me and inflicting Psychological torture on me since Feb 25th, 2003. Everyday, 24 hrs a day since Feb 25th, 2003 defendants are purposely inflicting a deliberate indifference on my health, mind, my body, and soul. Defendants are terrorists, planning on kidnapping more innocent Americans, and holding them hostage against their will.

**2**

Ever since Feb 25th, 2003, Defendants have been paying state and federal Taxes. Defendants pay federal tax on fuel, telecommunications tax, property taxes, Federal Income taxes. Defendant's tax money supports and contributes to my current illegal incarceration. Defendant's tax money goes to the Federal Government who distributes the funds to the Department of Justice and the Bureau of Prisons. The Bureau of Prisons use Defendant's tax paying money to construct prisons, including FCI Williamsburg where I'm being held hostage. Defendant's tax paying money pays the salary of Prison Administration, Prison Correctional officers, cache of weapons, Patrol vehicles, holding cells, 6x6 wire. I've been held hostage and kidnapped and tortured everyday since Feb 25th, 2003 by Bureau of Prisons Administration and Correctional officers who are being financed by the Defendants. Defendants are paying for this operation. Defendant's tax paying supports my oppression.

**3**

Defendants are violating my 6th amendment rights. Defendants are financing and supporting the violation of my 6th amendment rights through them paying taxes. My Criminal case is out of the Southern District of Texas, Houston case # H-03-90. I was enhanced and sentenced to millions of dollars of fraud losses under 2B1.1 "Relevant conduct" that was not presented in my Federal indictment. A Jury did not find me guilty of, or admitted to in my plea agreement. This is a clear 6th amendment violation under Blakely v. Washington 542 U.S. 296,

and U.S. v. Booker/FANFAN 542 U.S. 956. My sentencing transcripts, and plea bargin hearing transcripts can be obtained through the Southern District of Texas, or I can submit upon request. During My plea Bargin hearing, I admitted to and plead guilty to a Fraudulent $425 dollar wire transfer via Western Union. I did not plead guilty to any other dollar amount or was any other dollar amount mentioned during my plea agreement. Six months later, The Government and Defendant's through their tax paying support makes a "PSR" pre-sentence report determination that I was a ring leader in a Interstate Identity theft ring with fraud losses in the Millions. A 6th amendment violation that Defendant's financially support. I was sentenced as if I took millions of dollars to 125 months in federal prison. Defendant's tax paying supported this violation of my 6th amendment rights. Defendant's tax paying goes to the federal salary of U.S. District Judge Melinda Harmon, AUSA Jay Hileman, U.S. Probation officer Kimberly Jones, and FBI Special Agent Shauna A Dunlap's violation of my 6th amendment rights. Im now being Kidnapped through Defendant's financial support. I will be shot and killed if I try to leave FCI Williamsburg. Defendant's tax paying pays federal correctional officers with guns and Armored vehicles to kill me if I leave. This 6th amendment violation that Defendants financially supports has cause me everlasting duress in numerous ways. I suffer schizophrenia Now because of Defendant's deliberate indifference. I suffer Emotional scarring, Emotional pain and suffering because of Defendants financial support of the violation of my 6th amendment rights.

4

Defendants have been violating my 8th amendment rights to cruel and unusual punishment, deliberate indifference every day, Every hour, Every Minute, since Feb 25th, 2003. Defendant's tax paying to bureau of Prisons Employees including the warden at FCI Williamsburg. Defendant's are paying for the wardens salary. Under the Defendants direct orders, they told prison officials to kidnap me and hold me in a tiny cell at night, force me to sleep in a cell with another stranger. Force me to stand at 4pm Everyday for count. If I don't comply Defendant's told officials to hog tie me and throw me into a dark hole.

PAGE 4
Riches v. Winfrey

Case 1:07-cv-05984    Document 1    Filed 10/23/2007    Page 4 of 4

Defendants are not feeding me properly. Defendant's Tax paying Feeds me chemically induced foods laced with Pesticides, Aspartame, tainted Beef and Poultry, spoiled milk, Flouride in the water system. I've suffered massive weight loss because of Defendant's financial support. I currently weigh 125 lbs and stand at 5ft 10 inches. I have Photos I can submit upon Request. Defendant's told the warden to take all fruits out of the prison. Defendant's told the warden to keep me over 500 miles away from my family, causing me everyday emotional sadness and neglect. Defendant's Financially support No parole in the Federal system. Defendant's are in a conspiracy with the Prison Phone system to keep phone rates marked up and over inflated, this is so Defendant's can recieve Tax breaks and Kickbacks from the B.O.P. Defendant's have not allowed me to see a dentist in 53 months. Defendant's tax paying supports Correctional guards and Administration staff to verbally, Physically, and emotionally abuse me everyday. I have forever brain damage from the Defendant's violating my 6th and 8th amendment rights together. I will never be the same from this illegal Kidnapping.

<u>Restraining order</u>

Defendants are committing the Stockholm syndrome everyday on my life. Through the Television, media, everyday I see Defendant's smiling trying to divert the Kidnapping through entertainment. It works on other Inmates, but not me. Plaintiff moves this Honorable Court to issue a Restraining order against Defendant's Contributing to my Kidnapping, violating my 6th and 8th amendment rights. Moves this court to forbid Defendants from doing financial dealings with my Kidnappers. Moves this court to restrain Defendant's from paying taxes that support my Constitutional violations. Plaintiff moves this Honorable court to issue an order for Defendants in this suit to respond.

Respectfully Submitted

Jonathan Lee Riches
#40948-018
FCI Williamsburg
P.O. Box 340
Salters, SC 29540
(843) 387-9400

Jonathan Lee Riches ©