Riches v. Winfrey et al — Doc. 2

CAT III

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

07cv5984
JUDGE GETTLEMAN
MAG. JUDGE DENLOW

# Civil Cover Sheet

**Plaintiff(s):** JONATHAN LEE RICHES

**Defendant(s):** OPRAY WINFREY, et al.

**County of Residence:** US, Outside the State of IL

**County of Residence:**

**Plaintiff's Address:**
Jonathan Lee Riches
#40948-018
Williamsburg - FCI
P.O. Box 340
Salters, SC 29590

**Defendant's Attorney:**

FILED
JN
OCT 23 2007
10-23-07
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☐ 2. U.S. Government Defendant
☑ 3. Federal Question (U.S. gov't. not a party)
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 550 Prisoner civil rights

**Cause of Action:** 42:1983pr

**Jury Demand:** ☐ Yes  ☑ No

**Signature:** A. E. Woodham    **Date:** 10/23/2007